[No. 17939-3-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE
KEITH JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-04001-8, Terry D. Sebring, J., entered
January 25, 1994. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 17969-5-II.   Division Two.   June 21, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN
PABLO-YBARRA MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-1-04139-1, Donald H. Thompson, J., entered
February 8, 1994. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 13111-4-III.   Division Three.   June 22, 1995.]

*In re the Marriage of* ALLAN S. THORNE, *Appellant,
and* SUSAN K. THORNE, *now* MORETZ, *Respondent*.

Appeal from a judgment of the Superior Court for Ben-
ton County, No. 80-3-00339-0, Mike R. Thompson, J. Pro
Tem., entered February 18, 1993. *Affirmed* by unpublished
opinion per Thompson, C.J., Munson and Schultheis, JJ.,
concurring in part and dissenting in part.